■ The People of the State of New York, Respondent, v Jonathan Riggins, Appellant. [802 NYS2d 619]—Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered on or about October 1, 2003, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Buckley, P.J., Mazzarelli, Andrias, Friedman and Sweeny, JJ.

■ In the Matter of Tiana R., a Person Alleged to be a Juvenile Delinquent, Appellant. [801 NYS2d 737]—Order of disposition, Family Court, Bronx County (Harold J. Lynch, J.), entered August 9, 2004, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that she had committed an act which, if committed by an adult, would constitute the crime of assault in the third degree, and placed her on probation for a period of 15 months, unanimously affirmed, without costs.

The court's finding was based upon legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility, including its weighing of conflicting testimony (*see People v Gaimari*, 176 NY 84, 94 [1903]). Concur—Buckley, P.J., Mazzarelli, Andrias, Friedman and Sweeny, JJ.